UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION FUND, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FLOOR COVERING CONTRACTS,<br><br>    Defendant. | Case No. 20-cv-03577-EMC<br><br>**ORDER RE SUPPLEMENTAL BRIEFING AND/OR EVIDENCE**<br><br>Docket No. 17 |

Plaintiffs are the Resilient Floor Covering Pension Fund and its Board of Trustees. They have filed suit against Defendant Floor Covering Contracts ("FCC"), a sole proprietorship, seeking to collect delinquent withdrawal liability. The Court has reviewed Plaintiffs' motion for default judgment and hereby orders Plaintiffs to provide supplemental briefing and/or evidence in support of the motion. *See* Fed. R. Civ. P. 55(b)(2) (providing that a court may conduct hearings when, to enter or effectuate judgment, it needs to establish the truth of any allegation by evidence or investigate any other matter). Specifically, the Court orders Plaintiffs to provide supplemental briefing and/or evidence as follows.

    1.    Plaintiffs shall explain what the factual basis is for their assertion that FCC completely withdrew from the Pension Fund. *See* Compl. ¶ 11; 29 U.S.C. § 1383. Plaintiffs shall also provide supporting evidence.

    2.    Plaintiffs shall provide copies of the relevant contracts (such as the collective bargaining agreement) which bound FCC to pay contributions to the Pension Fund. *See* Compl. ¶ 10.

    3.    Plaintiffs shall provide copies of the letters to FCC that are referenced in the

complaint.  *See*, *e.g.*, Compl. ¶¶ 13, 15-16 (referring to letters dated April 18, 2016, and February 8, 2017, as well as a communication on June 29, 2016).

Plaintiffs shall file with the Court, and serve on FCC, the supplemental briefing and/or evidence within a week of the date of this order.  The service on FCC shall also include a copy of this order.

**IT IS SO ORDERED**.

Dated: November 4, 2020

_____
EDWARD M. CHEN
United States District Judge